IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY LYN MILLER,<br>    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-5218 |
| | : | |
| ANDREW M. SAUL,<br>Commissioner of Social Security<br>    Defendant. | :<br>:<br>: | |

**O R D E R**

**AND NOW** this 29th day of June, 2020, upon consideration of the parties' submissions, it is **ORDERED** that:

1. Plaintiff's Request for Review (Doc. No. 13) is **GRANTED**, and the matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings;

2. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sulliva*n, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

   *s/ Richard A. Lloret*
**RICHARD A. LLORET**
**U.S. Magistrate Judge**